IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAPHANE CHRISTOPHER, Individually
and as Special Administrator and Personal
Representative for the Estate of
JOE WILLIE LEWIS                                                                       PLAINTIFF

vs.                                    Case No. 1:14-cv-1048

OUACHITA COUNTY; DAVID NORWOOD,
In his Individual and Official Capacity as Sheriff
for Ouachita County; JOE STRICKLAND, In his
Individual and Official Capacity as Ouachita
County Sheriff Chief Deputy; and unknown
John Doe staff of the Ouachita County Jail                                    DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Dismiss With Prejudice. (ECF No. 19). The parties have reached a settlement in this case, and the motion is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties' Motion to Dismiss is **GRANTED**.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, dismissed with prejudice subject to the terms of the settlement agreement.

**IT IS FURTHER ORDERED** that if any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this judgment. The court retains jurisdiction to vacate this order and reopen this action to enforce the terms of the settlement agreement.

**IT IS SO ORDERED**, this 19th day of January, 2016.

                                                       /s/ Susan O. Hickey
                                                       Susan O. Hickey
                                                       United States District Judge